IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MERRY OAKS, LLC,** § § | |
| *Plaintiff* § § | |
| v. § § | CIVIL ACTION NO. 5:21-cv-00554-FB-HJB |
| § | |
| **PELEUS INSURANCE COMPANY** § **and CLEARVIEW RISK INSURANCE** § **PROGRAMS, LLC d/b/a STRATA** § **UNDERWRITING MANAGERS,** § § | |
| *Defendants* § | |

### ALTERNATIVE DISPUTE RESOLUTION (ADR) REPORT

Plaintiff, Merry Oaks, LLC and Defendants, Peleus Insurance Company and Clearview Risk Insurance Programs, LLC d/b/a Strata Underwriting Managers (Collectively "The Parties"), pursuant to the Court's Scheduling Order (Dkt. 16) and in accordance with Local Rule CV-88, file this Alternative Dispute Resolution Report, respectfully showing the Court as follows:

### INFORMATION REQUIRED BY RULE CV-88(b)

1. **Status of Settlement Negotiations:**

The Parties have conferred regarding possibility of negotiation and early resolution of this matter.

2. **Identity of the person responsible for settlement negotiations:**

   A. For Plaintiff:
      Robert W. Loree and Cassandra Pruski

   B. For Defendant:
      James W. Holbrook, III and Crystal L. Vogt

3. **Whether alternative dispute resolution is appropriate in this case:**

The Parties agree that mediation is the appropriate method of ADR for this case.

4. **Timing for alternative dispute resolution:**

The Parties believe that mediation would provide a forum to attempt meaningful efforts to accomplish resolution of this case at the appropriate time. The parties have agreed to mediate this case with San Antonio mediator, **Richard Sparr** on or before February 1, 2022. The mediator's fee will be split equally between the Parties.

Respectfully submitted,

**LOREE & LIPSCOMB**

By: */s/ Cassandra Pruski*
**Robert W. Loree**
State Bar No. 12579200
rob@lhllawfirm.com
**Cassandra Pruski**
State Bar No. 24083690
cassie@lhllawfirm.com
The Terrace at Concord Park
777 East Sonterra Blvd, Suite 320
San Antonio, Texas 78258
(210) 404-1320
(210) 404-1310 – Facsimile

**COUNSEL FOR PLAINTIFF**

-AND-

**ZELLE LLP**

By: */s/ James W. Holbrook, III*
**James W. Holbrook, III**
Texas Bar No. 24032426
jholbrook@zelle.com
**Crystal L. Vogt**
Texas Bar No. 24048768
cvogt@zelle.com

901 Main Street, Suite 4000
Dallas, Texas  75202-3975
(214) 742-3000
(214) 760-8994 — Facsimile

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    I hereby certify that Plaintiff has served a true and correct copy of the foregoing document on November 2, 2021 via the Court's electronic filing system, in accordance with the Federal Rule of Civil Procedures.

                                                      */s/ Cassandra Pruski*
                                                      Cassandra Pruski